# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:Charisse LaRoche

Cr.: 07-00882-001
PACTS Number: 48766

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 08/11/09

Original Offense: Conspiracy to Import Cocaine

Original Sentence: Time Served; 5 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/10/09

## PETITIONING THE COURT

[ ]    To extend the term of supervision for          Years, for a total term of          Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Office shall supervise your compliance with this condition.

## CAUSE

On October 27, 2011, LaRoche was diagnosed with major depression and post traumatic stress disorder.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 11/01/2011

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer